**FILED**

MAY 16 2012

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS JIMENEZ ROMERO, <br> T/N   LUIS ALBERTO JIMENEZ <br>                                  Defendant. | CASE NO. 12-cr-01404-JLS <br><br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Heroin (Felony)(1)

21:952 and 960 - Importation of Cocaine (Felony)(2)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/16/12

Karen S. Crawford
U.S. Magistrate Judge